**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**(at Covington)**

---

Angela Geraci, f/k/a Angela McCarthey

                              Plaintiff,

-vs-                                                         Case No.: 08-cv-174-WOB

Equifax Inc.,                                               *FILED ELECTRONICALLY*

                              Defendants.

---

**DEFENDANT EQUIFAX INC.'S**
**ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

COMES NOW defendant Equifax Inc. ("Equifax"), by Counsel, and hereby files its

Answer to Plaintiff's Complaint as follows:

**PARTIES**

1.      Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.      Equifax, Inc. denies it is a credit reporting agency as defined by the Fair Credit

Reporting Act.  Equifax admits it is authorized to do business in Kentucky.  Equifax is without

knowledge or information sufficient to form a belief as to the truth of the remaining allegations

pertaining to any other Defendant contained in Paragraph 2 of Plaintiff's Complaint.

**JURISDICTION AND VENUE**

3.      To the extent that Plaintiff can maintain this action, which Equifax denies, it admits that

jurisdiction is proper in this Court.

**FACTS**

4.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.      Equifax denies the allegations contained in Paragraph 8 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

9.      Equifax denies the allegations contained in Paragraph 9 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

10.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.      Equifax denies the allegations contained in Paragraph 11 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

12.      Equifax denies the allegations contained in Paragraph 12 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

13.      Equifax denies the allegations contained in Paragraph 13 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

14.      Equifax denies the allegations contained in Paragraph 14 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

**COUNT ONE**

## DEFENDANT'S FAILURE TO CONDUCT A REASONABLE REINVESTIGATION

15.     In response to Paragraph 15 of Plaintiff's Complaint, Equifax restates and incorporates in responses to paragraphs 1 – 14 as though fully set forth herein.

16.     Equifax denies the allegations contained in Paragraph 16 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

17.     Equifax denies the allegations contained in Paragraph 17 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

18.     Equifax denies the allegations contained in Paragraph 18 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

19.     Equifax denies the allegations contained in Paragraph 19 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

20.     Equifax denies the allegations contained in Paragraph 20 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

## COUNT TWO

## DEFENDANT'S FAILURE TO RECORD THE CURRENT STATUS OF THE DISPUTED INFORMATION

21.     In response to Paragraph 21 of Plaintiff's Complaint, Equifax restates and incorporates in responses to paragraphs 1 – 20 as though fully set forth herein.

22.     Equifax denies the allegations contained in Paragraph 22 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

23.     Equifax denies the allegations contained in Paragraph 23 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

24.     Equifax denies the allegations contained in Paragraph 24 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

25.     Equifax denies the allegations contained in Paragraph 25 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

## COUNT THREE

## DEFENDANT'S FAILURE TO NOTIFY THE PLAINTIFF OF AN INVESTIGATION RESULT

26.     In response to Paragraph 26 of Plaintiff's Complaint, Equifax restates and incorporates in responses to paragraphs 1 – 25 as though fully set forth herein.

27.     Equifax denies the allegations contained in Paragraph 27 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

28.     Equifax denies the allegations contained in Paragraph 28 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

29.     Equifax denies the allegations contained in Paragraph 29 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

## COUNT FOUR

## DEFAMATION

30.     In response to Paragraph 30 of Plaintiff's Complaint, Equifax restates and incorporates in responses to paragraphs 1 – 29 as though fully set forth herein.

31.     Equifax denies the allegations contained in Paragraph 31 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

32.     Equifax denies the allegations contained in Paragraph 32 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

4

33.     Equifax denies the allegations contained in Paragraph 33 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

34.     Equifax denies the allegations contained in Paragraph 34 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

35.     Equifax denies the allegations contained in Paragraph 35 of Plaintiff's Complaint. Equifax Inc. is not a credit reporting agency.

Equifax further denies that Plaintiff is entitled to any of the relief set forth in her Prayer for Relief.

Equifax admits that Plaintiff demands a trial by jury.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiffs, Equifax pleads the following defenses to the Complaint:

## FIRST DEFENSE

The Complaint and each purported cause of action therein, fails to state facts sufficient to constitute a cause of action against Equifax and further fails to state facts sufficient to entitle the plaintiff to the relief sought, or to any other relief whatsoever, from Equifax.

## SECOND DEFENSE

Plaintiff's damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

## THIRD DEFENSE

The Complaint is barred by the fault and negligence of other persons or entities and plaintiff's damages, if any, should be apportioned according to the principles of comparative fault.

## FOURTH DEFENSE

The Complaint is barred by Plaintiff's failure to mitigate his damages, if any.

## FIFTH DEFENSE

Equifax has complied with the Fair Credit Reporting Act in its handling of plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

## SIXTH DEFENSE

The Complaint is barred by the applicable statutes of limitation, including but not limited to, 15 U.S.C. § 1681p.

## SEVENTH DEFENSE

Equifax reserves the right to have additional defenses that it learns through the course of discovery.

## EIGHTH DEFENSE

Equifax denies each and every averment of Plaintiff's Complaint not specifically admitted in this Answer.

## NINTH DEFENSE

Equifax asserts that some or all of plaintiff's claims may be pre-empted by section 1681h(e) of the FCRA.

## TENTH DEFENSE

Equifax asserts that some or all of plaintiff's claims are barred by qualified immunity.

## ELEVENTH DEFENSE

To the extent Plaintiff's Complaint seeks the imposition of punitive damages, Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections

mandated or provided by the United States Supreme Court in the following cases:  BMW v. Gore, 517 U.S. 559 (1996); Cooper Indus., Inc. v. Leatherman Tool Group, Inc., 532 U.S. 923 (2001); State Farm v. Campbell, 538 U.S. 408 (2003) and SAFECO Insurance Co. of America v. Burr, 127 S. Ct. 2201 (2007).

## TWELFTH DEFENSE

Equifax does not own, maintain nor control Plaintiff's credit file in this jurisdiction as prescribed under the FCRA.

WHEREFORE, the Defendant, Equifax, Inc., demands that the Complaint be dismissed; for its costs; and all other relief to which it may appear entitled.

Respectfully submitted, this 14th day of October, 2008.

By: /s/ John M. Williams
      John M. Williams
      Rajkovich, Williams, Kilpatrick &
      True, PLLC
      2333 Alumni Park Plaza, Suite 310
      Lexington, KY  40517
      Tel: (859) 245-1059
      Fax: (859) 245-1231
      williams@rwktlaw.com
      *Attorney for Equifax, Inc.*

## CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing was served upon all counsel of record through the court's electronic filing system on this 14th day of October, 2008.

*/s/John M. Williams*
*Attorney for Equifax, Inc.*

7