**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**(at Covington)**

Angela Geraci, f/k/a Angela McCarthey

                      Plaintiff,

-vs-                                                  Case No.: 08-cv-174-WOB

Equifax Inc.,                              *FILED ELECTRONICALLY*

                      Defendants.

## **CORPORATE DISCLOSURE STATEMENT OF EQUIFAX INC.**

COMES NOW, Equifax, Inc., and submits the following corporate disclosure statement:

Equifax, Inc. is publicly traded on the New York Stock Exchange. It has no parent corporation or publicly held company holding ten percent of its stock.

Respectfully submitted, this 14th day of October, 2008.

                                              By: /s/ John M. Williams
                                                    John M. Williams
                                                    Rajkovich, Williams, Kilpatrick &
                                                    True, PLLC
                                                   2333 Alumni Park Plaza, Suite 310
                                                   Lexington, KY  40517
                                                   Tel: (859) 245-1059
                                                   Fax: (859) 245-1231
                                                   williams@rwktlaw.com
                                                   *Attorney for Equifax, Inc.*

## **CERTIFICATE OF SERVICE**

This certifies that a true copy of the foregoing was served upon all counsel of record through the court's electronic filing system on this 14th day of October, 2008.

>*/s/John M. Williams*
>*Attorney for Equifax, Inc.*