**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

| | |
|---|---|
| ANGELA GERACI, | CASE NO.  2:08-cv-00174 |
| | Judge William O. Bertelsman |
| Plaintiff, | |
| | |
| -vs- | **JOINT NOTICE OF SETTLEMENT** |
| | |
| EQUIFAX, INC., ET AL. | |
| | |
| Defendants. | |

---

Defendant Equifax, Inc. and Plaintiff, Angela G. Geraci (herein "the Parties") hereby notify the Court that they have reached a tentative settlement with Plaintiff on all claims.  The Parties anticipate that settlement documents and dismissals can be finalized and filed within the next thirty (30) days.

Respectfully submitted,

 _/s/ John M. Williams_____
John M. Williams
Rajkovich, Williams, Kilpatrick & True, PLLC
2333 Alumni Park Plaza
Suite 310
Lexington, KY 40517
Tel: 859-245-1059
Fax: 859-245-1231
Email: williams@rwktlaw.com

Attorneys for Defendant Equifax, Inc.

2

*/s/ Debra S. Pleatman  (signed with permission)*
Debra S. Pleatman
Matthew C. Smith
Ziegler & Schneider, P.S.C.
541 Buttermilk Pike
Suite 500
P.O. Box 175710
Covington, KY 41017-5710
Tel: 859-426-1300
Fax: 859-426-0222
Email: dpleatman@zslaw.com
      msmith@zslaw.com

Attorneys for Plaintiff Angela G. Geraci

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2009, a copy of JOINT NOTICE OF SETTLEMENT was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ John M. Williams*_____
John M. Williams