Eastern District of Kentucky
FILED

FEB 2 3 2009

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY (COVINGTON)

| | |
|---|---|
| ANGELA GERACI, f/k/a Angela McCarthey, Plaintiff, | CASE NO. 2:08-cv-00174-WOB<br><br>Judge William O. Bertelsman |
| v. | (ELECTRONICALLY FILED) |
| EQUIFAX, INC.. Defendant | |

### AGREED ORDER OF DISMISSAL

By agreement of the parties as represented by the signatures of their respective counsel below, and the Court in all ways being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that all claims by the Plaintiff Angela Geraci against Defendant Equifax, Inc. are hereby dismissed with prejudice, each party to bear their own costs and expenses.

DATED _February 23_, 2009.

**Signed By:**
**_William O. Bertelsman_** WOB
**United States District Judge**

HAVE SEEN AND AGREE:

/s/ Debra S. Pleatman
Debra S. Pleatman (KY #85148)
Matthew C. Smith (KY #88072)
For ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017-5710
dpleatman@zslaw.com
msmith@zslaw.com

1

/s/ John M. Williams (per email authorization)
John M. Williams, Esq.
Rajkovich Williams Kilpatrick & True, PLLC
2333 Alumni Park Plaza, Suite 310
Lexington, Ky 40517
williams@rwktlaw.com

H:\LITIGATE\DSP\Geraci-Angela\Credit Card Cases\Home Depot-17860.32\Pleadings\Dismissal-Equifax.wpd